KENZIE GODFREY, Appellant, v G.E. CAPITAL AUTO LEASE, INC., Respondent, et al., Defendants.

Submitted December 27, 2011; decided March 29, 2012

Reported below, 89 AD3d 471.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Cuadrado v New York City Tr. Auth.*, 65 AD3d 434 [2009], *lv dismissed* 14 NY3d 748 [2010]).

Judge READ taking no part.

---

GREAT AMERICAN INSURANCE COMPANIES et al., Plaintiffs, v BEARCAT FINANCIAL SERVICES, INC., et al., Defendants. PATRICK HAYES, Third-Party Plaintiff-Appellant, v DRESDNER, KLEINWORT, WASSERSTEIN SERVICES, LLC, Third-Party Defendant-Respondent. PETER A. HURWITZ, ESQ., Nonparty Appellant.

Submitted February 6, 2012; decided March 29, 2012

Reported below, 90 AD3d 533.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.